Filed in District Court
State of Minnesota
9/10/2020 5:04 PM

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF WRIGHT | TENTH JUDICIAL DISTRICT |
| | Case Type: Contract |

MP Nexlevel, LLC,

Court File No.: _____

Plaintiff,

vs.

**SUMMONS**

Level 3 Communications, LLC,

Defendant.

THIS SUMMONS IS DIRECTED TO THE ABOVE-NAMED DEFENDANT.

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this summons.

2. **YOU MUST REPLY WITHIN 21 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons **a written response** called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this summons located at:

Felhaber Larson
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402.

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 21 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

**5. LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case**.

**6. ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

The object of this action is breach of contract.

Dated:  August 20, 2020

**FELHABER LARSON**

By:  _____
Stephen E. Yoch, #213901
Lauren M. Weber, #0396567
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321

**ATTORNEYS FOR PLAINTIFF**

3342021.v1

Filed in District Court
State of Minnesota
9/10/2020 5:04 PM

STATE OF MINNESOTA

COUNTY OF WRIGHT

DISTRICT COURT

TENTH JUDICIAL DISTRICT
Case Type: Contract

---

MP Nexlevel, LLC,

Court File No.: _____

                Plaintiff,

vs.

**COMPLAINT**

Level 3 Communications, LLC,

                Defendant.

---

Plaintiff MP Nexlevel, LLC, as and for its Complaint against the above-named Defendant, states and alleges as follows:

1.      Plaintiff is a Minnesota limited liability company with its principal executive office address of 500 County Road 37 W, Maple Lake, MN 55358.

2.      Upon information and belief, Defendant Level 3 Communications, LLC is a Delaware corporation with a principal executive office address of 1025 Eldorado Blvd., Broomfield, CO 80021, registered to do business in the State of Minnesota.

## FACTUAL BACKGROUND

3.      Defendant retained Plaintiff to perform telecommunication and other repair services on projects designated by Defendant. The focus of the work was Emergency Repair Services ("ERS"), whereby Plaintiff assured Defendant it was urgent work that was performed without typical purchase orders or contracts because of exigent circumstances.

4.      The projects proceeded normally and at no time did Defendant complain about the quality of Plaintiff's work.

3342021.v1

5.     On or about June 15, 2015, Defendant asked Plaintiff to execute a June 15, 2015 Construction and Installation Services Agreement. The parties signed the agreement and Plaintiff continued to bill in the ordinary course of business.

6.     On information and belief, in 2019 Defendant was sold, on information and belief, to CenturyLink a/k/a Centurytel Service Group, Inc. ("CenturyLink").

7.     After the purchase of Defendant by CenturyLink, Defendant, by and through Century Link, began to seek to impose new requirements on billing and began to refuse to process existing billing, notwithstanding repeated acknowledgments by Defendant and its employees of the outstanding work performed by Plaintiff.

8.     At no time did Plaintiff ever sign an assignment or assumption agreement of any kind with CenturyLink as to work or billing performed by Plaintiff for Defendant.

9.     Plaintiff and its employees met with Defendant and representatives of CenturyLink who purported to act on behalf of Level 3 on numerous occasions and even offered to make accommodations in billing to address the transition from Defendant to CenturyLink. Nevertheless, as a result of Defendant's actions, Plaintiff has been unable to submit additional bills and has been "locked out" of Defendant's billing system, notwithstanding the work performed at Defendant's request and the acknowledgment that such work was performed well, acceptable, and within industry standards.

10.    Defendant has refused to accept any new billing or pay any outstanding billing of amounts due and owing for work performed by Plaintiff on behalf of Defendant.

11.    The unpaid and unbilled projects which Defendant has unilaterally and anticipatorily refused to make payment, in breach of the agreement between the parties include amounts due totaling $2,808,277.16 as shown in Exhibit A.

3

## COUNT I
## BREACH OF CONTRACT

12.    Plaintiff incorporates the allegations the paragraphs above as though fully set forth herein.

13.    Plaintiff and Defendant entered into a contract whereby Defendant requested Plaintiff to provide services to the benefit of Defendant.

14.    Defendant has wrongfully, and in breach of the contract between the parties, refused to provide payment to Plaintiff for such services.

15.    As a direct and proximate result of Defendant's breaches, Plaintiff has suffered damages in excess of $50,000, a precise amount to be proven at trial.

## COUNT II
## UNJUST ENRICHMENT

16.    Plaintiff incorporates the allegations in the paragraphs above as though fully set forth herein.

17.    Defendant repeatedly requested Plaintiff to perform work to the benefit of Defendant.

18.    Notwithstanding Defendant's acknowledgment of Plaintiff's excellent work, Defendant has refused, without justification, to make payment and has received the benefit of Plaintiff's effort and work, resulting in unjust enrichment in excess of $50,000 the precise amount to be proven at trial.

## COUNT III
## ACCOUNT STATED

19.    Plaintiff incorporates the allegations in the paragraphs above as though fully set forth herein.

4

20.   Plaintiff has invoiced Defendant for work performed and Defendant has refused to make such payments, notwithstanding an acknowledgment of the work performed by Defendant and that such work of a quality consistent with industry standards.

21.   As a direct and proximate result, Plaintiff is entitled to damages in an account stated in an amount in excess of $50,000, an exact amount to be proven at trial.

**WHEREFORE,** Plaintiff demands judgment against Defendant Level 3 Communications, LLC as follows:

1.   Award Plaintiff damages for breach of contract, unjust enrichment, and an account stated in an amount in excess of $50,000; and

2.   For such other and further relief as the Court may deem just and equitable.

Dated:  August 20, 2020

**FELHABER LARSON**

By:

Stephen E. Yoch, #213901
Lauren M. Weber, #0396567
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321

**ATTORNEYS FOR MP NEXLEVEL, LLC**

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements and reasonable attorney and witness fees may be awarded, pursuant to Minn. Stat. § 549.211, subd. 2, to the party against whom the allegations in this pleading are asserted.

Dated:  August 20, 2020

Stephen E. Yoch

5

3342021.v1

Filed in District Court
State of Minnesota
9/10/2020 5:04 PM

**EXHIBIT A**

MP NEXLEVEL
LEVEL 3
OPEN ACCOUNTS RECEIVABLE AND UNDERBILLING

| ORIG INV | DATE | AMT | FINAL INV | CUST | DATE | DATE OF WORK PERFORMED | JOB | AMT INVOICED | PO | DESCRIPTION | LOCATION | CONTACT | NOTES | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1118353 | 10098 | 02/29/20 | 08/18/15 | 18113168 | 16,092.29 | | Rebore of missplaced ducts, repair sewer, pull fiber | Mobile Gas rebore for | BRETT DESLONDE | TO BE REVISED/@ ERS RATES | $ 38,434.47 |
| | | | 1118358 | 10098 | 02/29/20 | 09/24/15 | 18113168 | 98,462.45 | | Move and place hand hole-2, dig up and lower ducts  to extra dept | KB Jones Rd | WALLY SCRUGGS | TO BE REVISED/@ ERS RATES | $ 131,981.03 |
| 1117785 | 11/27/19 | 99,515.87 | 1117785A | 10098 | 02/25/20 | 10/20/15 | 18113168 | 119,654.51 | | Bore 2600', splicing fiber, rental equipment | FL US Hwy 331 West side, Lakewood Dr | WALLY SCRUGGS | @ ERS RATES | $ 155,550.86 |
| | | | 1118250 | 10098 | 02/19/20 | 10/29/15 | 18113168 | 95,892.65 | | Bore casing for RELO, pull ducts, extend conduits per State of Ms | MS 198 Relo | | @ ERS RATES | $ 149,745.05 |
| 1117782 | 11/27/19 | 23,626.80 | 1117782A | 10098 | 02/25/20 | 11/12/15 | 18173110 | 26,569.00 | | Bore 840', | FL US Hwy 331 West side,   Coy Burgess Rd going So. | WALLY SCRUGGS | @ ERS RATES | $ 56,134.28 |
| 1117784 | 11/27/19 | 9,372.40 | 1117784A | 10098 | 02/25/20 | 11/14/15 | 18173110 | 7,423.20 | | Bore 150', traffic control | FL US Hwy 331 West side,  North of Burgess Rd | WALLY SCRUGGS | @ ERS RATES | $ 11,700.72 |
| | | | 1118351 | 10098 | 02/19/20 | 04/07/16 | 18113168 | 8,190.00 | | Lowering of exposed conduits to 4' cover | MS 26 west of Hwy 63 | BRETT DESLONDE | TO BE REVISED/@ ERS RATES | $ 19,436.30 |
| 1117781 | 11/27/19 | 50,830.80 | 1117781A | 10098 | 02/14/20 | 07/11/16 | 18113168 | 110,581.30 | | Grand Bay/Wilmer Rd fiber hit repair and locating of conduits | Grand Bay Wilmer Rd and Hwy 90 | BRETT DESLONDE | TO BE REVISED/@ ERS RATES | $ 143,755.69 |
| 1117779 | 11/27/19 | 23,825.60 | 1117779A | 10098 | 02/25/20 | 08/01/16 | 18113168 | 23,792.00 | | Grade parking lot, form and pour concrete drainage canels | Mobile Co.  Newman Rd | WALLY SCRUGGS | @ ERS RATES | $ 33,831.56 |
| 1117780 | 11/27/19 | 19,237.12 | 1117780A | 10098 | 02/25/20 | 10/06/16 | 18113168 | 19,127.92 | | R&R Solar light panel in Mobile Bay | Mobile Causeway solar Light | WALLY SCRUGGS | @ ERS RATES | $ 24,866.30 |
| | | | 1118507 | 10098 | 04/03/20 | 01/31/17 | 18113103 | 42,500.00 | | Splice case audits Mobile Al  (missed billing) | Various locations in Mobile | BRETT DESLONDE | | $ 42,500.00 |
| | | | 1118352 | 10098 | 05/01/17 | | 18113168 | 78,475.00 | | Dig up and lower ducts to extra depth 860' | Tallahassee (Cemex Plant) | WALLY SCRUGGS | | $ 102,017.50 |
| | | | 1114415 | 10098 | 12/31/18 | 07/24/17 | 18113168 | 9,767.60 | | | ERS Pinson Al | | | $ 12,697.88 |
| 1116759 | 07/31/19 | 45,500.00 | 1116759A | 10098 | 02/10/20 | 07/25/17 | 18173110 | 45,640.00 | | Dig up and lower ducts 700' | Nine Mile Rd across from Spectrum Dr | NINE MILE | | $ 59,332.00 |
| 1116749 | 07/31/19 | 149,500.00 | 1116749A | 10098 | 02/10/20 | 10/27/17 | 18173110 | 149,960.00 | | Dig up and lower ducts 2300' | Nine Mile Rd 250' east of Heritage Oaks Dr | NINE MILE | | $ 194,948.00 |
| 1117783A | 02/25/20 | 7,423.20 | 1117783B | 10098 | 03/06/20 | 10/31/17 | 18173110 | 76,625.00 | | Duct son conduits for clear path 20,000', dig ups | FL US Hwy 331 west side | WALLY SCRUGGS | | $ 99,612.50 |
| 1116536 | 06/30/19 | 12,325.00 | 1116536A | 10098 | 02/10/20 | 11/27/17 | 18173110 | 26,775.00 | | Duct sonding of conduit 8,500' | Nine Mile at Heritage Oaks Dr | NINE MILE | | $ 34,807.50 |
| | | | 1118359 | 10098 | 02/29/20 | 11/28/17 | 18173110 | 9,108.13 | | Rod and Proof 510', overlash fiber 3625', pull fiber 632' | Mobile (Broad St Mch Ave) | WALLY SCRUGGS | TO BE REVISED/@ ERS RATES | $ 12,743.34 |
| | | | 1116534 | 10098 | 06/30/19 | 12/04/17 | 18173110 | 132,754.00 | | Extension of conveyance Creek bore  2,730', 3place hand holes | Nine Mile Rd emergency bore extension | NINE MILE | | $ 172,580.20 |
| 1116530 | 06/30/19 | 149,345.00 | 1116530A | 10098 | 02/25/20 | 01/04/18 | 18173110 | 110,701.70 | | Emergency bore under wetlands 2730' | Beulah Rd going east | NINE MILE | | $ 143,912.21 |
| | | | 1116763 | 10098 | 07/31/19 | 02/19/18 | 18173110 | 1,650.00 | | | West Nine Mile Rd emergency bore | NINE MILE | | $ 1,650.00 |
| | | | 1114830 | 10098 | 01/31/19 | 03/01/18 | 18113168 | 3,318.08 | L713325 | Change order | Pinson Al | | | $ 3,318.08 |
| 1116531 | 06/30/19 | 34,255.00 | 1116531A | 10098 | 02/10/20 | 03/07/18 | 18173110 | 44,252.19 | | Dig up and lower ducts 527' | Nine Mile Rd at The Dollar General west of Beulah Rd | NINE MILE | | $ 57,527.85 |
| 1116525 | 06/30/19 | 6,786.00 | 1116525A | 10098 | 02/10/20 | 03/09/18 | 18173110 | 14,742.00 | | Duct sonding 4,680' | Nine Mile Rd at I-10 west side | NINE MILE | | $ 19,164.60 |
| 1116753 | 07/31/19 | 8,035.00 | 1116753A | 10098 | 02/10/20 | 03/13/18 | 18173110 | 6,488.50 | | Dig up and lower ducts 100',  install hand hole | Nine Mile Rd 250' west of 5125 W Nine Mile | NINE MILE | | $ 8,435.05 |
| 1116751 | 07/31/19 | 13,585.00 | 1116751A | 10098 | 02/10/20 | 03/15/18 | 18173110 | 9,791.65 | | Dig up and lower ducts 209' | Nine Mile Rd at Eight Mile Creek | NINE MILE | | $ 12,729.15 |
| | | | 1118506 | 10098 | 04/03/20 | 04/09/18 | 18173110 | 9,342.00 | | Dig up and lower ducts extra depth 120' | Nine Mile Rd at Nature Creek Blvd | NINE MILE | | $ 12,144.60 |
| 1117778 | 11/27/19 | 27,365.00 | 1117778A | 10098 | 02/10/20 | 04/23/18 | 18173110 | 19,723.85 | | Dig u421'p and lower ducts | Nine Mile Rd at Old Beff O'Brady's | NINE MILE | | $ 25,641.01 |
| 1116761 | 07/31/19 | 21,575.00 | 1116761A | 10098 | 02/10/20 | 05/04/18 | 18173110 | 34,707.00 | | Dig up and lower ducts 245', repair ducts | Nine Mile Rd at Surrey Rd | NINE MILE | | $ 45,119.10 |
| 1116757 | 07/31/19 | 13,650.00 | 1116757A | 10098 | 02/10/20 | 05/09/18 | 18173110 | 13,692.00 | | Dig up and lower ducts 210' | Nine Mile Rd at Cove Rd going east | NINE MILE | | $ 17,799.60 |
| 1116532 | 06/30/19 | 7,150.00 | 1116532A | 10098 | 02/25/20 | 06/05/18 | 18173110 | 7,172.00 | | Dig up and lower ducts extra depth 110' | Nine Mile Rd at Southern Power entrance | NINE MILE | | $ 9,323.60 |
| 1116758 | 07/31/19 | 38,350.00 | 1116758A | 10098 | 02/25/20 | 06/07/18 | 18173110 | 60,121.00 | | Dig up and lower ducts extra depth 590' | Nine Mile Rd at Beard Equip and United Rental | NINE MILE | | $ 78,157.30 |
| 1116533 | 06/30/19 | 5,850.00 | 1116533A | 10098 | 02/25/20 | 06/09/18 | 18173110 | 7,519.50 | | Dig up and repair ducts, move slack | Nine Mile Rd at Waring Rd | NINE MILE | | $ 9,775.35 |
| 1116752 | 07/31/19 | 19,720.00 | 1116752A | 10098 | 02/25/20 | 06/12/18 | 18173110 | 23,640.80 | | Dig up and lower ducts extra depth 232' | Nine Mile Rd at 2065 Nine Mile Rd going east | NINE MILE | | $ 30,733.04 |
| 1116149 | 05/31/19 | 4,100.00 | 1116149A | 10098 | 02/25/20 | 06/18/18 | 18173110 | 4,438.00 | | Duct sond conduits 500' | Nine Mile Rd at I-10 off ramp | NINE MILE | | $ 5,769.40 |
| 1116526 | 06/30/19 | 12,911.25 | 1116526A | 10098 | 02/10/20 | 06/28/18 | 18173110 | 16,813.50 | | Dig up and lower ducts to extra depth 165' | Nine Mile Rd at ATT hut Littleton Rd | NINE MILE | | $ 21,857.55 |
| 1115172 | 03/12/19 | 15,000.00 | 1115172A | 10098 | 02/25/20 | 07/03/18 | 18173110 | 13,040.00 | | Dig up and lower ducts to extra depth 200' | Nine Mile Rd west of I-10 on ramp | NINE MILE | | $ 16,952.00 |
| 1116537 | 06/30/19 | 50,820.85 | 1116537A | 10098 | 02/25/20 | 09/04/18 | 18173110 | 32,921.25 | | Duct sond 5300', dig up and lower extra depth 440', install traffic | Nine Mile Rd west of I-10 Wil Tel Rd | NINE MILE | | $ 42,797.63 |
| | | | 1114421 | 10098 | 12/31/18 | 09/04/18 | 18113103 | 5,643.00 | | | Spectrum Dr | | | $ 73,359.00 |
| 1116535 | 06/30/19 | 15,000.00 | 1116535A | 10098 | 02/25/20 | 09/07/18 | 18173110 | 13,010.00 | | Dig up and lower ducts extra depth 200' | Nine Milee Rd at I-10 Wil Tel lowering | NINE MILE | | $ 16,913.00 |
| | | | 1113488 | 10098 | 10/24/18 | 09/07/18 | 18113168 | 7,164.96 | | | 380 Summit Blvd Birmingham Al | | | $ 9,314.45 |
| 1116152 | 05/31/19 | 12,000.00 | 1116152A | 10098 | 09/13/18 | | 18173110 | 7,174.06 | | Remove and replace hand hole and raise | Nine Mile Rd  at Beard Equip | NINE MILE | | $ 9,326.28 |
| 1115373 | 03/31/19 | 6,080.00 | 1115373A | 10098 | 02/25/20 | 09/18/18 | 18173110 | 2,968.76 | | Dig up and lower conduits 75', remove and replace hand hole | Nine Mile Rd at Fowler Rd | NINE MILE | | $ 3,859.39 |
| | | | 1118357 | 10098 | 02/29/20 | 10/15/18 | 18173110 | 15,952.65 | | Rod and proof ducts 1700', place fiber2000', splice fibers | Fl St Hwy 20 | WALLY SCRUGGS | | $ 20,738.45 |
| | | | 1114420 | 10098 | 12/31/18 | 11/17/18 | 18173110 | 10,267.00 | | | ERS Royal St Mobile Al | | | $ 13,347.10 |
| | | | 1115701 | 10098 | 04/30/19 | 12/10/18 | 18113168 | 36,548.00 | | | Gaines St tresspass Tallahassee Fl | | | $ 47,512.40 |
| | | | 1115173 | 10098 | 03/12/19 | 12/12/18 | 18173110 | 31,601.30 | | | 111 Morth Calhoun Tallahassee Fl | | | $ 31,601.30 |
| | | | 1118349 | 10098 | 02/29/20 | 12/12/18 | 18173110 | 29,916.05 | | | 111 Calhoun St Tallahassee Fl  updated | | | $ 29,916.05 |
| | | | 1115174 | 10098 | 03/12/19 | 12/17/18 | 18173110 | 9,742.00 | | | 2618 W tennessee St Tallahassee Fl | | | $ 12,664.60 |
| | | | 1114821 | 10098 | 01/31/19 | 01/21/19 | 18113103 | 5,335.00 | | | 801 Water St Mobile Al | | | $ 5,335.00 |
| | | | 1114833 | 10098 | 01/31/19 | 01/21/19 | 18113103 | 3,265.15 | | | 6600 Wall St Mobile Al | | | $ 4,246.00 |
| | | | 1114822 | 10098 | 01/31/19 | 01/24/19 | 18113103 | 2,044.50 | | | 810 St Vincent Dr Mobile Al | | | $ 2,044.50 |
| 1116529 | 06/30/19 | 46,800.00 | 1116529A | 10098 | 02/10/20 | 02/04/19 | 18173110 | 50,126.00 | | Dig up and lower ducts to extra depths 600' (three trips to area) | Nine Mile Rd at Littleton St Wil Tel side | NINE MILE | | $ 65,163.80 |
| | | | 1118355 | 10098 | 02/06/19 | | 18173110 | 14,072.00 | | Rod and proof5000', install mule tape and pull tracer wire 5000' | Fl US (90 locate wire | WALLY SCRUGGS | | $ 18,293.60 |
| 1116754 | 07/31/19 | 16,850.00 | 1116754A | 10098 | 02/08/19 | | 18173110 | 24,346.50 | | Dig up and lower to extra depth 235' | Nine Mile Rd at Ashland Rd | NINE MILE | | $ 31,650.45 |
| | | | 1115707 | 10098 | 04/30/19 | 02/09/19 | 18173110 | 1,656.00 | | | Pensacola Fl Pole transfers | | | $ 1,656.00 |
| 1116762 | 07/31/19 | 16,450.00 | 1116762A | 10098 | 02/10/20 | 02/11/19 | 18173110 | 24,087.50 | | Dig up and lower to extra depth 235' | Nine Mile Rd at Walgrens | NINE MILE | | $ 31,313.75 |

MP NEXLEVEL
LEVEL 3
OPEN ACCOUNTS RECEIVABLE AND UNDERBILLING

Filed in District Court
State of Minnesota
8/19/2020 5:04 PM

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1118509 | 10098 | 04/03/20 | 02/13/19 | 18173110 | 15,250.00 | | Duct sond various locations 5000' | Pensacola various locations | WALLY SCRUGGS | @ ERS RATES | $ 19,825.00 |
| | | | 1118S08 | 10098 | 04/03/20 | 02/15/19 | 18173110 | 16,419.00 | | Duct sond conduits 4800', expose 3 hand holes | FL Yellow River crossing | WALLY SCRUGGS | @ ERS RATES | $ 21,344.70 |
| 1116760 | 07/31/19 | 27,950.00 | 1116760A | 10098 | 02/10/20 | 02/16/19 | 18173110 | 18,060.00 | | Dig up and lower ducts to extra depth 430' | Nine Mile Rd at Stefanl  Rd (Life Storage) | NINE MILE | @ ERS RATES | $ 23,478.00 |
| | | | 1118512 | 10098 | 04/03/20 | 02/18/19 | 18173110 | 6,300.00 | | Duct sond conduits 2000' | FL Hwy.81 | WALLY SCRUGGS | @ ERS RATES | $ 8,190.00 |
| | | | 1115699 | 10098 | 04/30/19 | 03/17/19 | 18113103 | 76,306.00 | | | ERS  Nine Mile | | @ ERS RATES | $ 99,197.80 |
| 1116528 | 06/30/19 | 6,651.25 | 1116528A | 10098 | 02/10/20 | 03/22/19 | 18173110 | 7,901.16 | | Dig up and lower ducts 85', remove hand hole and move slack | Nine Mile Rd at Fowler Rd | NINE MILE | @ ERS RATES | $ 10,271.51 |
| | | | | 10098 | | 10/24/19 | 18113168 | | 4503078230 | Build diverse route into Verizon Site w/fiber | 2705 6th Avenue S | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 58.80 |
| | | | | 10098 | | 05/10/19 | 18113168 | | 4503156573 | Build route into DC-BLOX to 401 6th St S w/fiber | 433 6th St S | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 19,522.56 |
| | | | | 10098 | | 10/15/18 | 18113168 | | 713325 | Relo from temp aerial to UG route | RELO Hwy 79 Pinson, AL | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 34,753.92 |
| | | | | 10098 | | 10/25/18 | 18113168 | | 4503039492 | Build UG route from MH to Land Title Office w/fiber | 600 20th St N | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 2,205.20 |
| | | | | 10098 | | 10/15/18 | 18113168 | | 4503020096 | Build UG route into Executive Suites w/fiber | 2024 3rd Avenue N | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 13,669.55 |
| | | | | 10098 | | 10/23/18 | 18113168 | | 4502959565 | Build UG route into Gray Constuction w/fiber | 1728 3rd Ave N | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 1,095.40 |
| | | | | 10098 | | 08/31/18 | 18113168 | | 4502947724 | Pull and splice fiber between buildings | 600 Corporporate Pkwy | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 64.00 |
| | | | | 10098 | | 11/06/17 | 18113168 | | 701035 | BB5 Overbuild | 600 18th St N | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 3,490.00 |
| | | | | 10098 | | 05/31/18 | 18113168 | | 718014 | Aerial to UG RELO due to power pole removal | RELO 6th Avenue N & 12th St S | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 2,000.66 |
| | | | | 10098 | | 06/28/18 | 18113103 | | 701636 | Fiber splicing for multiple locations | Various Splice Locations in Birmingham, AL | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 1,325.00 |
| | | | | 10098 | | 05/23/18 | 18113168 | | 706430 | BIDi conversion on ring | 2001 Park Place | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 13,175.00 |
| | | | | 10098 | | 02/08/19 | 18113168 | | 4503040552 | Build diverse route to 110 Short Texas St | 801 S Water St | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 2,410.50 |
| | | | | 10098 | | 12/12/18 | 18113168 | | 4502955138 | Build diverse route aerial/UG for Providence Hospital | 6801 Airport Blvd | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 19,065.76 |
| | | | | 10098 | | 09/27/19 | 18173110 | | 698012 | Build aerial/UG route to Soleo Health w/splicing | 2866 Dauphin St | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 23,438.31 |
| | | | | 10098 | | 02/19/16 | 18113168 | | | TRANSFER ONE REEL OF FIBER TO ANOTHER - MAN HOURS/EQUIP | TRANSFER ONE REEL OF FIBER TO ANOTHER | JIM PARSONS | CUST WILL NOT ACCEPT INV | $ 1,928.10 |
| | | 1,017,436.14 | | | | | | 1,966,622.66 | | | | | | $ 2,808,227.16 |